**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

Sept. 22, 2022

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22- MJ-01005

Dear Judge Bulsara:

    Yesterday, Your Honor issued oral orders for Kara Sternquist to receive medical attention and to be transferred to the women's section of MDC. As the Court requested, attached is a draft of written orders.

    Thank you for your time and consideration.

Sincerely,

\_\_\_\_/s/\_\_\_\_
Allegra Glashausser
Assistant Federal Defender

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

      v.                                          **ORDER**
                                              22- MJ-01005

KARA STERNQUIST

---------------------------------------------------------x

Magistrate Judge Sanket J. Bulsara:

      Kara Sternquist's legal name is Kara Sternquist, as indicated on her government case paperwork, and her gender is female. Ms. Sternquist, however, is currently listed in the BOP registry under a previous name, Michael Sternquest, Register Number 44404-061. The Court orders that the MDC move Kara Sternquist to the women's section of MDC by 4:00 **today**. This decision is made in consultation with PREA regulations, including 28 C.F.R. § 115.41 & 115.42.

                                                          **So Ordered.**

                                                         _____

                                                         Hon. Sanket J. Bulsara,
                                                         United States Magistrate Judge

Dated:     September 22, 2022
              Brooklyn New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

      v.                                            **ORDER**
                                                 22- MJ-01005

KARA STERNQUIST

---------------------------------------------------------x

Magistrate Judge Sanket J. Bulsara:

      The Court orders that the MDC provide Kara Sternquist medical attention by Friday September 23, 2022, ███████████████████████████████████████████████████████████████████████████████████████████████████ MDC is further ordered to provide a report to the Court about its progress in complying with this order.

      Ms. Sternquist is currently listed in the BOP registry under a previous name, Michael Sternquest, Register Number 44404-061.

                                                                           **So Ordered.**

                                                                     Hon. Sanket J. Bulsara,
                                                                       United States Magistrate Judge

Dated:     September 22, 2022
                Brooklyn New York