**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

*David Patton*
Executive Director and
Attorney-in-Chief

*Deirdre D. von Dornum*
Attorney-in-Charge

Sept. 23, 2022

Magistrate Judge Sanket J. Bulsara
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22- MJ-01005

Dear Judge Bulsara:

    Kara Sternquist appeared in court on September 21, 2022, before Your Honor, who issued an order that she be moved to the women's side of MDC Brooklyn no later than 4:00 pm yesterday, September 22, 2022. Instead of complying with the Court's order, at 4:51 today, the MDC filed a letter asking that the order be vacated. This Court should deny that request. In the event MDC has still not complied with the Court's order by 9 a.m. on Monday, September 26, 2022, I respectfully request that the Court schedule a hearing at which the MDC Legal Department must appear on Monday, September 26.

    [REDACTED] Counsel emailed the MDC Legal Department a copy of the written order minutes after it was signed by the Court on September 21.

    When counsel attempted to visit Ms. Sternquist this morning, however, counsel was told [REDACTED] Counsel immediately called and wrote to the Legal Department of MDC asking why Ms. Sternquist had not been moved pursuant

1

to this Court's order. Counsel also indicated that she would file an order to show cause if Ms. Sternquist was not moved by 5 pm today, September 23. In response, Sophia Papapetru stated "be advised we are preparing a response for Judge" Bulsara..

Ms. Sternquist's placement  We are seriously concerned for Ms. Sternquist's safety.

For these reasons, we ask that the Court deny the MDC's request to vacate its September 21 housing order and, if Ms. Sternquist remains ▇▇▇▇▇▇ as of Monday morning, September 26, schedule a hearing on this matter for that day.

Thank you for your time and consideration.

Respectfully Submitted,

/s/
Allegra Glashausser
Assistant Federal Defender

cc:   AUSA Turner Buford
      Sophia Papapetru (MDC Legal) (by e-mail)

---

[1] MDC also cites to 18 U.S.C. § 3621; that statute applies only to sentenced prisoners.

2