**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

Sept. 27, 2022

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22- MJ-01005

Dear Judge Bulsara:

    Kara Sternquist appeared in court on September 21, 2022, before Your Honor, who issued an order, *inter alia*, that she see a medical doctor by September 23, 2022 to address numerous serious medical conditions. She first saw a medical doctor yesterday afternoon, September 26, 2022. We learned this morning that she was admitted to the Brooklyn Hospital Center yesterday evening. As far as we are aware, she is still there.

    We do not yet have a signed HIPAA for Ms. Sternquist because we have been unable to visit her at MDC. When I tried to visit last Friday, I was turned away and told she was in "quarantine." When a social worker tried to visit this morning, Ms. Sternquist had already been moved to the hospital. Therefore, I am writing to request court orders that the MDC and the Brooklyn Hospital Center provide the Federal Defenders Ms. Sternquist's medical records and that the U. S. Marshals allow Ms. Sternquist's legal team to visit her in the hospital. Draft orders are attached to this letter.

    Thank you for your time and consideration.

Sincerely,

\_\_\_\_\_/s/\_\_\_\_
Allegra Glashausser

                                                                   Assistant Federal Defender

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

      v.                                                        **ORDER**
                                                                    22- MJ-01005

KARA STERNQUIST
----------------------------------------------------------x

Magistrate Judge Sanket J. Bulsara:

1) The Metropolitan Detention Center shall provide the Federal Defenders of New York ("FDNY") Ms. Sternquist's medical records from her current incarceration as soon as possible, and, at the latest, by 5:00 p.m. September 28, 2022. Ms. Sternquist is currently listed in the BOP registry under a previous name, Michael Sternquest, Register Number 44404-061.

2) The U.S. Marshals shall allow anyone from the FDNY, including but not limited to Allegra Glashausser, Vivianne Guevara, and Jesse Ryan, to visit Ms. Sternquist in the hospital for the duration of her hospitalization.

                                                        **So Ordered.**

                                                     _____
                                                     Hon. Sanket J. Bulsara,
                                                     United States Magistrate Judge

Dated:      September 27, 2022
                Brooklyn New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

       v.                                        **ORDER**
                                             22- MJ-01005

KARA STERNQUIST
---------------------------------------------------------x

Magistrate Judge Sanket J. Bulsara:

The Federal Defenders of New York, including Allegra Glashausser, Vivianne Guevara, and Jesse Ryan, represent Kara Sternquist. The Brooklyn Hospital Center shall provide the Federal Defenders of New York Ms. Sternquist's full and complete medical record by 5:00 p.m., September 28, 2022.

                                                                   **So Ordered.**

                                                                Hon. Sanket J. Bulsara,
                                                                United States Magistrate Judge

Dated:        September 27, 2022
                Brooklyn New York