**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

Sept. 27, 2022

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22- MJ-01005

Dear Judge Bulsara:

    I am writing in response to the Court's order that the defense seek Ms. Sternquist's verbal or written authorization for the defense to obtain her medical records. The Court also noted that if she had already given the authorization, we could renew our application immediately. Please see the attached declaration, explaining that Ms. Sternquist gave me verbal authorization in a phone call yesterday. Therefore, I respectfully renew the request for access to her medical records.

    Thank you for your time and consideration.

Sincerely,

_____/s/_____
Allegra Glashausser
Assistant Federal Defender

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

        v.                                     **ORDER**
                                       22- MJ-01005

KARA STERNQUIST

---------------------------------------------------------x

**Allegra Glashausser** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the Federal Defenders of New York, Inc., counsel to Kara Sternquist.

2. I spoke to Ms. Sternquist on the telephone yesterday afternoon. Ms. Sternquist gave me verbal authorization for the Federal Defenders to obtain copies of all of her medical records, including those from her current incarceration. Ms. Sternquist wanted me to do this as soon as possible.

3. We discussed the logistics of how I would get access to those records and her rights under HIPAA.

4. I explained that members of her legal team would visit today to have her sign the HIPAA paperwork and that we would immediately request copies of her records after having done so.

5. Ms. Sternquist was moved to the hospital before anyone on her legal team was able to visit.

**WHEREFORE**, it is respectfully requested that the Court issue an order directing the MDC and the hospital to provide the defense copies of Ms. Sternquist's medical records.

Executed:    Brooklyn, New York
                    September 27, 2022

                                                    /s/
                                            **Allegra Glashausser**