UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        Plaintiffs,   **ORDER**
                                                            22-MJ-1005

- against -

KARA STERNQUIST

        Defendant.
-----------------------------------------------------------x

**BULSARA, United States Magistrate Judge:**

1. The Court has received a signed declaration from defense counsel indicating that Ms. Sternquist has given authorization and permission for her counsel to receive copies and review her full medical record.  As such, the Court hereby orders:

   a. The Metropolitan Detention Center shall provide the Federal Defenders of New York, Ms. Sternquist's medical records from her current incarceration as soon as possible, and, no later than 5:00 pm. September 28, 2022.  Ms. Sternquist is currently listed in the BOP registry under a previous name, Michael Sternquest, Register Number 44404-061.

   b. Brooklyn Hospital Center, or any other medical facility where Ms. Sternquist is hospitalized, shall provide the Federal Defenders of New York access to her medical records upon request.

                                                            s/ Sanket J. Bulsara 9/27/2022

                                                            SANKET J. BULSARA
                                                            United States Magistrate Judge

Brooklyn, New York
September 27, 2022