

U.S. Department of Justice

United States Attorney
Eastern District of New York

FTB:AFP

271 Cadman Plaza East
Brooklyn, New York 11201

September 29, 2022

By E-mail and ECF

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Kara Sternquist
           Magistrate Judge Docket No. 22-01005

Dear Judge Komitee:

      Earlier this morning, the Honorable Ramone E. Reyes, Jr., issued an order releasing the defendant to a third-party custodian in the above-referenced case on an unsecured bond signed by two suretors. The government respectfully requests that the Court schedule a hearing to hear an appeal of that decision at the Court's earliest convenience. Judge Reyes had issued a stay of the release order until approximately 2:11 p.m. The government respectfully requests that the order continue to be stayed until the Court can hear and consider the government's appeal. Thank you for the Court's attention to this matter.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ F. Turner Buford
      F. Turner Buford
      Andy Palacio
      Assistant U.S. Attorneys
      (718) 254-6483

cc:   Clerk of Court (by ECF)
      Counsel for the defendant (by ECF)