**DOCKET NUMBER:** MJ 22-1005

## CRIMINAL CAUSE FOR Bail Appeal

**Date Received By Docket Clerk:**_____    **Docket Clerk Initials:**_____

**BEFORE JUDGE:** Eric Komitee, USDJ   **DATE:** 9/29/22   **TIME IN COURT** 1 HR

**DEFENDANT'S NAME:** Kara Sternquist   **DEFENDANT'S #:** 1

- ■ Present (via telephone)   ❏ Not Present   ❏ Custody   ■ Not Custody

**DEFENSE COUNSEL:** Allegra Glashausser

- ■ Federal Defender   ❏ CJA   ❏ Retained

**A.U.S.A.:** Turner Buford, Andy Palacio   **PRETRIAL:** Chijioke Ezenyilimba

**ESR OPERATOR:** Andrew Jackson   **FTR LOG:** 4:03 – 5:03

- ❏ Arraignment
- ❏ Change of Plea Hearing (~Util-Plea Entered)
- ❏ In Chambers Conference
- ❏ Pre Trial Conference
- ❏ Initial Appearance
- ■ Bail Hearing
- ❏ Telephone Conference
- ❏ Voir Dire Begun
- ❏ Jury Trial Death Penalty
- ❏ Bench Trial Held
- ❏ Revocation of Probation non contested
- ❏ Revocation of Probation contested
- ❏ Sentencing non-evidentiary
- ❏ Sentencing Contested
- ❏ Revocation of Supervised Release evidentiary
- ❏ Revocation of Supervised Release non-evidentiary
- ❏ Voir Dire Held   ❏ Jury selection   ❏ Jury trial
- ❏ Sentence enhancement Phase   ❏ Bench Trial Begun
- ❏ Bench Trial Completed   ❏ Motion Hearing Non Evidentiary
- ❏ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**UTILITIES**

- ❏ ~Util-Plea Entered   ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter   ❏ ~Util-Indictment Un Sealed   ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines   ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties
- ❏ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?**   ❏ YES   ❏ NO

**TEXT:** The government appeals Magistrate Judge Reyes's order of pre-trial release. For the reasons stated on the record, the Court orders Defendant detained pending trial.