# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

October 12, 2022

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22- MJ-01005

Dear Judge Levy:

Kara Sternquist has been hospitalized since September 26, 2022, after medical staff at the MDC failed to position a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. *See* Dkt. 25 (detailing medical condition and attaching medical records). Ms. Sternquist is currently in custody, shackled to her hospital bed, and monitored by MDC guards. Prior to her hospitalization, Ms. Sternquist, who is a trans woman, took regularly prescribed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The hospital does not have these prescriptions available in their in-house pharmacy and, thus, asked prison staff to provide the medications to the hospital or have Ms. Sternquist's family or friends provide them. Thus far, MDC has refused to provide the medications and has not responded to counsel's request to permit Ms. Sternquist's legal team, or family and friends to provide them. Therefore, I am writing to the Court to respectfully request that the Court order the MDC to provide the hospital and Ms. Sternquist her regularly prescribed medications.

I first emailed the MDC legal department about the hospital's request to have Ms. Sternquist's medications brought to the hospital on October 6, after receiving Ms. updated medical records and learning that the hospital had asked the correctional officers for her prescription medications to be brought to the hospital:

> ███████████████████████████████████████████████ Pharmacy suggested patient bring medications in due to lack of availability in house. Prison guards informed that outside family members cannot be contacted.

Excerpt Brooklyn Hospital Center medical records, p. 105 (full page attached to this letter).

I followed up by email twice on October 11. This morning, I received a response from Sophia Papapetru at MDC saying that MDC would not bring medications to her at the hospital. The only stated reason provided was that "we cannot mandate the hospital to provide her specific medication, nor can we bring medications in the hospital and provide them to her." This response ignores that the hospital *requested* that Ms. Sternquist's medications be brought to the hospital. Additionally, it ignores that Ms. Sternquist's BOP medical records show that, while at MDC, she was prescribed a ████████ ██████████████████████████████████████████████████████████████████████████ ██. *See* Excerpt BOP medical record, attached.

Therefore, I respectfully request that the Court order MDC to provide Ms. Sternquist or her hospital medical team her prescribed medications, specifically, a ████████████████████████████████████████████████████████████████████████ the duration of Ms. Sternquist's hospital stay.

Attached is a draft order for your consideration. Thank you for your time and consideration.

Sincerely,

/s/
Allegra Glashausser
Assistant Federal Defender

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

      v.                              **ORDER**
                                  22- MJ-01005

KARA STERNQUIST
----------------------------------------------------------x

Magistrate Judge Robert M. Levy:

       The Metropolitan Detention Center shall provide Kara Sternquist or her medical team at the Brooklyn Hospital Center her prescribed medications, including a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The MDC must do so as soon as possible, and, at the latest, by 5:00 p.m. October 13, 2022. The MDC should provide Kara Sternquist or her medical team these medications for the duration of her hospital stay.

       Ms. Sternquist is currently listed in the BOP registry and the hospital under a previous name, Michael Sternquest, Register Number 44404-061.

                                                       **So Ordered.**

                                                     _____
                                                     Hon. Robert M. Levy
                                                     United States Magistrate Judge

Dated:      October 12, 2022
              Brooklyn New York