

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AFP

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 13, 2022

By E-mail and ECF

The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Kara Sternquist
>       Magistrate Judge Docket No. 22-01005

Dear Judge Bloom:

      The government respectfully submits this letter to request a temporary stay of the Court's order dated October 12th ordering that the Metropolitan Detention Center ("MDC") provide the defendant, or her medical team at the Brooklyn Hospital Center, with certain medications.

      The government writes to report that the Legal Department of the Bureau of Prisons ("BOP") has advised the government that MDC medical personnel have been in communication with hospital staff regarding the inmate's care at the hospital, including medications, since the inmate was first hospitalized. However, there is no established protocol for the transfer of prescription medicine outside of MDC medical to a private medical facility such as the Brooklyn Hospital Center.

      The government is also unaware of the hospital's rules regarding the delivery of medicine to a patient from an outside entity. Nevertheless, the MDC is trying to ascertain if the hospital would agree to accept the medicines and who the appropriate person(s) would be to accept delivery of such medicines. Accordingly, the BOP respectfully requests an

additional 24 hours to comply with the Court's order (or to be heard, if any issues arise). The government will provide additional information prior to 5pm tomorrow. Thank you for the Court's attention to this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Andy Palacio
      Andy Palacio
      F. Turner Buford
      Assistant U.S. Attorneys
      (718) 254-6215

cc:   Clerk of Court (by ECF)
     Counsel for the defendants (by hand)