

U.S. Department of Justice

United States Attorney
Eastern District of New York

FTB:AFP

271 Cadman Plaza East
Brooklyn, New York 11201

October 14, 2022

By E-mail and ECF

The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kara Sternquist
                  Magistrate Judge Docket No. 22-01005

Dear Judge Bloom:

        The government writes respectfully to update the Court regarding its October 12, 2022 order directing the Metropolitan Detention Center ("MDC") provide the defendant or her medical team at the Brooklyn Hospital Center ("BHC") with three different medications. The government has been advised by MDC's Legal Department that MDC medical personnel have communicated with the pharmacy manager at the BHC and that two of the three medications that were the subject of the order were independently obtained by the BHC and are being administered to the defendant. MDC medical personnel are endeavoring to ascertain whether the third medication has been independently obtained by BHC and, if not, whether the BHC pharmacy would accept transfer of the medication directly from the MDC and the logistics of such a transfer. The government respectfully

requests that it be permitted to provide a further update to the Court on Monday, October 17, 2022. Thank you for the Court's attention to this matter.

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                        By:    /s/ F. Turner Buford
                                              Andy Palacio
                                              F. Turner Buford
                                              Assistant U.S. Attorneys
                                              (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and Email)