**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 17, 2022

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22- MJ-01005

Dear Judge Bloom:

On October 12, 2022, the Court signed a court order that the MDC provide Ms. Sternquist three prescription medications. Dkt. 32 & signed order sent via email to counsel. The court order indicated the MDC should do so by October 13, 2022, at 5:00 p.m. At 4:55 p.m. on October 13, however, the government requested a stay of the order; they requested a second stay on October 14. As far as counsel is aware, neither stay has been granted. It is counsel's understanding that Ms. Sternquist has subsequently received two of the three necessary medications. As far as counsel is aware, however, she still has not received the third medication – ▮▮▮▮▮▮▮ medication, and has now been without it for three full weeks.

In their letters requesting a stay of the order, the government has indicated that the reason the antidepression medication has not been provided is due to the "logistics" of the "transfer of the medication directly from the MDC" to the hospital. Dkt. 34. It has now been four days since the MDC received the order to provide Ms. Sternquist her ▮▮▮▮▮▮▮, which are not a controlled substance. Unexplained "logistics" should not be standing in the way of her getting this medication. I, therefore, respectfully request that the Court deny the stay requests, and, in the event MDC has still not complied with the Court's order, schedule a hearing at which the MDC Legal Department must appear on Tuesday, October 18.

Additionally, I am writing to request a court order for legal calls with Ms. Sternquist. I have been unsuccessfully attempting to arrange legal calls since September 30, 2022, when I sent an email request for calls to the MDC legal department. On October 3, Sophia Papapetru wrote that she would "check in with our custody staff and Marshals to see whom will facilitate this call," which would not happen that day as there was "a particular phone that has to be used if it is BOP that will facilitate the call." No call was set up. On October 13, I emailed the MDC legal department and again requested legal calls, but received no response. I emailed again today, October 17, 2022. Today, Ms. Papapetru responded to say that there was a Court visiting order and that I have the "ability to" "visit with [my] client at [my] leisure."[1]

Lawyers have access to their clients who are incarcerated at MDC through visits, as well as scheduled legal calls and video calls. Our clients at MDC are also able to initiate unscheduled calls with their lawyers through the legal phone and are able to email counsel. Ms. Sternquist has not had any phone or email access to counsel. She has no way to initiate communication with her legal team. Currently, she can only speak to us when we are able to visit. Due to numerous competing obligations to other clients and the court, there are times when her legal team cannot visit. For example, due to a client meeting this morning and a government proffer scheduled this afternoon, I cannot meet with Ms. Sternquist today before submitting this letter.

Therefore, I respectfully request that the Court order MDC to provide Ms. Sternquist legal calls twice weekly for the length of her hospital stay. Attached is a draft order for your consideration.

Thank you for your time and consideration.

Sincerely,

/s/
Allegra Glashausser
Assistant Federal Defender

---

[1] Despite the court order, MDC has not made it easy for counsel to visit Ms. Sternquist. For example, on October 3, I spent approximately an hour waiting in the basement of the hospital while hospital security staff tried to determine whether MDC had allowed the visit; and, on October 6, Jesse Ryan, a Federal Defender's paralegal, was initially told they could not visit as the visit has not been scheduled in advance.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

      v.                                                  **ORDER**
                                                        22- MJ-01005

KARA STERNQUIST
---------------------------------------------------------x
Magistrate Judge Lois Bloom:

      The Metropolitan Detention Center shall arrange for Ms. Kara Sternquist to have legal calls with Allegra Glashausser, Jesse Ryan, or another member of the Federal Defenders of New York staff. The MDC shall arrange for two legal calls a week, starting tomorrow October 18, 2022, and continuing for the length of her hospital stay.

      Ms. Sternquist is currently listed in the BOP registry and the hospital under a previous name, Michael Sternquest, Register Number 44404-061.

                                                            **So Ordered.**

                                                            _____
                                                            Hon. Lois Bloom
                                                            United States Magistrate Judge

Dated:      October 17, 2022
               Brooklyn New York