

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AFP

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2022

<u>By E-mail and ECF</u>

The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Court appreciates counsel's attention to this matter. The government shall file a status letter on October 17, 2022.
So ordered.
10/14/22            *Lois Bloom*
                             USMJ

Re:   United States v. Kara Sternquist
       <u>Magistrate Judge Docket No. 22-01005</u>

Dear Judge Bloom:

The government writes respectfully to update the Court regarding its October 12, 2022 order directing the Metropolitan Detention Center ("MDC") provide the defendant or her medical team at the Brooklyn Hospital Center ("BHC") with three different medications. The government has been advised by MDC's Legal Department that MDC medical personnel have communicated with the pharmacy manager at the BHC and that two of the three medications that were the subject of the order were independently obtained by the BHC and are being administered to the defendant. MDC medical personnel are endeavoring to ascertain whether the third medication has been independently obtained by BHC and, if not, whether the BHC pharmacy would accept transfer of the medication directly from the MDC and the logistics of such a transfer. The government respectfully

requests that it be permitted to provide a further update to the Court on Monday, October 17, 2022.  Thank you for the Court's attention to this matter.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:   /s/ F. Turner Buford
       Andy Palacio
       F. Turner Buford
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and Email)