

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AFP

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 17, 2022

**TO BE FILED UNDER SEAL**

By E-mail and ECF

The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kara Sternquist
               Magistrate Judge Docket No. 22-01005

Dear Judge Bloom:

      The government writes respectfully to update the Court regarding the order issued on October 12, 2022 in the above-referenced case directing that the Metropolitan Detention Center ("MDC") provide the defendant or her medical team at the Brooklyn Hospital Center ("BHC") with three different medications. As previously noted in the government's letter dated October 14, 2022, the government has been advised by MDC's Legal Department that MDC medical personnel have communicated with the pharmacy manager at the BHC and that two of the three medications that were the subject of the order were independently obtained by the BHC and are being administered to the defendant. The government was attempting to ascertain additional information regarding the status of the third medication that was the subject of the Court's order: ███████████████████████████████████████████████.

      The government has received additional information from the Legal Department at the U.S. Bureau of Prisons ("BOP Legal") based on information provided to BOP Legal by BOP medical personnel, who, as the government understands it, are in communication with the BHC regarding the defendant's medical condition. The information indicates that, as of October 12, 2022, the defendant had begun receiving ███████████████████████████████████████████████████████████████████████ (ECF No. 32 at

5).¹ ███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████.

       The government is in receipt of the Court's order, dated today, October 17, 2022 and, in compliance with the order, will either confirm that the defendant has begun receiving ████ at the BHC or attend the scheduled hearing on October 19, 2022 with a representative of BOP Legal.  Given that this letter references prescription medications relating to the defendant's health, the government respectfully requests permission to file this letter under seal (with a redacted version to be filed on the docket).  Thank you for the Court's attention to this matter.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                       By:    /s/ F. Turner Buford
                                          Andy Palacio
                                          F. Turner Buford
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and Email)

---

¹    The government understands that the defendant was prescribed ████ at the MDC, but ████ was not one of the medications referenced in the BHC medical record attached to the defendant's request.