U.S.M.J. LOIS BLOOM                                                      DATE: <u>10/19/22</u>

# CRIMINAL CAUSE FOR ARRAIGNMENT

USA -v- Kara Sternquist                                          Docket No.: 22-CR-473 (DLI)

Defendant: <u>   Kara Sternquist   </u>

    __x_present (by phone)  ___not present         ___custody         ___bail

Defendant's Counsel: <u>   Allegra W. Glashausser   </u>

    __X_present   ___not present     ___CJA      ___LAS       ___Retained

AUSA: <u>   Frank Turner Buford; Andres Palacio   </u>

Interpreter: _____          Language: _____

FTR    (____4:32____ - ___5:19_____)         Reporter: _____

_X__Case Called
___Defendants First Appearance
_X__Defendant: ___Sworn   _X__Arraigned    ___Informed of Rights
___Waiver of Indictment Executed for Defendant
___Superceding Indictment/Information Filed
___Bench Warrant Issued: _____
__X_Defendant Enters Guilty/<mark>Not Guilty</mark> Plea to Count(s) __all counts_____ of the
    (Superceding) <mark>Indictment</mark>/Information
___Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
  Count(s) _____ of the (Superceding) Indictment/Information
___Court Finds Factual Basis for the Plea
___Sentencing Set for _____/_____/_____ at _____
___Sentencing to be Set by Probation
___Bail/Bond: ___Set     ___Continued for Defendant     ___ Continued in Custody
___Case Adjourned to    ___/___/___ at _____
___Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the
   allocution.   A finding has been made that the plea was made knowingly and voluntarily and
   the plea was not coerced.   The Magistrate Judge recommends that the plea of guilty be
   accepted.
___Transcript Ordered
_X__Other: _Court excludes time from October 19, 2022 through November 2, 2022 from speedy trial deadline; FRCP 5(f) warnings read into record_____