Case 1:22-cr-00473-DLI   Document 44   Filed 10/27/22   Page 1 of 2 PageID #: 273

# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 27, 2022

Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Judge Irizarry:

    I am writing in response to the Court's order to submit a report on Ms. Sternquist's medical condition and treatment and advise whether she will be able to appear in person for her status conference, scheduled for November 2, at 11:00. Ms. Sternquist has been hospitalized at the Brooklyn Hospital Center since September 26, 2022. As of this writing, she remains on antibiotics and has an open wound ▮▮▮▮. Below is an excerpt from her hospital record dated Oct. 24, 2022, which provides a summary of her medical condition.



On October 24, 2022, doctors ordered two more weeks of IV antibiotics.



Based on this order for two more weeks of IV antibiotics, I understand that her doctors anticipate that she will be hospitalized through, at least, November 7, 2022. She will, therefore, be unable to appear in person for court on November 2. If possible, we request that she be permitted to appear by video conference. If video is not possible, we request that she appear by telephone.

The government has reviewed this letter before filing.

Sincerely,

/s/
Allegra Glashausser
Assistant Federal Defender