

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 9, 2022

By Email and ECF

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY  11201

        Re:    United States v. Kara Sternquist
                    Criminal Docket No. 22-473 (DLI)

Dear Allegra:

        Enclosed please find additional discovery materials in the above-referenced case. Specifically, enclosed herewith is an interview report (Bates labeled STERNQUIST0000006121 to STERNQUIST0000006126); documents and photographs maintained by the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (Bates labeled STERNQUIST0000006127 to STERNQUIST0000006194); and message reports in the form of .Excel files for certain communications obtained from a review of the electronic devices seized from the defendant's residence (Bates labeled STERNQUIST0000006195 to STERNQUIST0000006197).  These materials are being shared with you via secure file transfer; please let us know if you have any trouble accessing the materials.

        The government is prepared to produce forensic images of nine of the electronic devices obtained during the search of the defendant's residence, as well as the results of the search warrant executed on certain gmail accounts.  Please provide a five-terabyte hard drive to

the undersigned, and we will have the images transferred on the hard drive and returned to you for your review. If you have any questions, please do not hesitate to contact us.

                                          Very truly yours,

                                          BREON PEACE
                                          United States Attorney

                       By:   /s/ F. Turner Buford
                            F. Turner Buford
                            Andy Palacio
                            Assistant U.S. Attorneys
                            (718) 254-7000

Attachments

cc:     Clerk of the Court (DLI) (by ECF) (without enclosures)