

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FTB                                          *271 Cadman Plaza East*
F. #2022R00795                               *Brooklyn, New York 11201*

November 14, 2022

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    United States v. Kara Sternquist
           Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

        The government writes respectfully to inform the Court that counsel for the U.S. Bureau of Prisons ("BOP Legal") has advised the government that the defendant's top-line gender classification in the SENTRY database has been changed from male to female in compliance with the Court's November 10, 2022 order.  The government understands from BOP Legal that – given the schedule upon which BOP's outward-facing website is updated – the change should be reflected in the information available there by Wednesday, November 16, 2022.  Thank you for the Court's attention to this matter.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:      /s/ F. Turner Buford
        F. Turner Buford
        Andy Palacio
        Assistant U.S. Attorneys
        (718) 254-7000

cc:     Allegra Glashausser, Esq. (by ECF and E-mail)