

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AFP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 30, 2022

<u>By Hand and ECF</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: United States v. Kara Sternquist
     <u>Criminal Docket No. 22-473 (DLI)</u>

Dear Judge Irizarry:

  At the Court's direction, the parties in the above-referenced case write jointly and respectfully to advise the Court that Kara Sternquist has been transferred from the hospital to a rehabilitation and nursing facility.  The United States Marshals have advised the parties that she could be transported from the facility to the courthouse for the status conference that is scheduled for December 6, 2022, if she is deemed medically fit to travel by her caretakers.  At this time, it is not clear whether she will be cleared for transportation, so the parties respectfully request that they be permitted to advise the Court's deputy by Friday, December 2, 2022 whether she will be able to attend the conference in person or whether the parties will request that the conference be conducted by video.

  The parties expect to discuss with the Court at the conference efforts to make the discovery that has been (and will continue to be) produced available to Ms. Sternquist during the time that she will spend at the rehabilitation and nursing facility.  In particular the parties expect to discuss proposals for affording her access to the discovery related to the electronic devices seized by the government and other electronic discovery pertaining to email accounts.  The parties are discussing various alternatives, and the defense may make an

2

application to the Court if an agreement cannot be reached. Thank you for the Court's attention to this matter.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

By:     /s/ F. Turner Buford
                              F. Turner Buford
                              Andy Palacio
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and E-mail)