

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AFP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 2, 2022

<u>By Hand and ECF</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Kara Sternquist
     <u>Criminal Docket No. 22-473 (DLI)</u>

Dear Judge Irizarry:

  The parties in the above-referenced case write jointly and respectfully to advise the Court that the U.S. Marshals have confirmed that they will be able to transport Ms. Sternquist to the courthouse for the scheduled status conference on December 6, 2022. Accordingly, the parties are not requesting that the conference take place over video and expect to be able to proceed in person at the scheduled time. Thank you for the Court's attention to this matter.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

      By:  /s/ F. Turner Buford
           F. Turner Buford
           Andy Palacio
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Allegra Glashausser, Esq. (by ECF and E-mail)