**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 2, 2023

Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Judge Irizarry:

Kara Sternquist last appeared before the Court on December 6, 2022. That day, the Court ordered the parties to submit a joint status report by February 3, 2023. Please accept this letter as that joint report.

Since the last status conference, the parties have worked together and with the U.S. Marshals to provide Ms. Sternquist a laptop (with the internet disabled), containing the discovery in this case. That process was completed on January 23, and Ms. Sternquist has been able to start review of the discovery. The discovery is voluminous, thus, the parties anticipate review will take some time. The parties are also discussing the specifics of a proposed protective order relating to new discovery the government intends to provide to the defense. We anticipate sending this order to the Court for review shortly. The parties have also begun preliminary plea negotiations and anticipate continuing these discussions.

Given the above, we respectfully request that the Court adjourn the status conference scheduled for February 10 to a date in approximately 45-60 days. We understand that the Court is available on March 24 at 10:00 or 12:00 or April 17 or 19. The parties are available on any of those days. The parties also respectfully request that the Court exclude time from the speedy trial clock between February 10 and the date of the next scheduled conference.

Thank you for your consideration of these requests.

Sincerely,

_____/s/\_\_\_\_\_
Allegra Glashausser
Assistant Federal Defender