

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AP
F. #2022R00795

271 Cadman Plaza East
Brooklyn, New York 11201

March 7, 2023

By Email and ECF

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

   Re: United States v. Kara Sternquist
     Criminal Docket No. 22-473 (DLI)

Dear Allegra:

   Enclosed please find additional discovery materials in the above-referenced case. Specifically, enclosed herewith are photocopies of driver's licenses, passport cards, employee IDs, student IDs, credit cards and debit cards recovered from the defendant's apartment pursuant to the search warrant executed on September 15, 2022. Those documents are Bates labeled STERNQUIST_006246 – STERNQUIST_006271. Additionally, this production includes complaint reports filed with the NYPD by Individual-1 and Individual-2 to report the theft of identifications and credit cards, some of which were recovered in the defendant's apartment. Those complaint reports are Bates labeled STERNQUIST_006240 – STERNQUIST_006245. Finally, this production includes three additional complaint reports that relate to lost or stolen identification cards and bank cards. Those complaint reports are Bates labeled STERNQUIST_006234 – STERNQUIST_006239.

             Very truly yours,

             BREON PEACE
             United States Attorney

        By: /s/ Andy Palacio
           Andy Palacio
           F. Turner Buford
           Assistant U.S. Attorneys
           (718) 254-7000

Enclosures

cc: Clerk of the Court (DLI) (by ECF) (without enclosures)