**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 26, 2023

Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Judge Irizarry:

    I am writing to respectfully notify the Court that Ms. Sternquist plans to file a motion to dismiss the count charging her with possessing a gun after having a prior felony conviction, under section 922(g). The parties have conferred and respectfully request that the Court impose the following briefing deadlines for this motion: defense brief due May 30, government response due June 22, defense reply due July 3.

    Thank you for your consideration of this request.

Sincerely,

/s/
Allegra Glashausser
Assistant Federal Defender