

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FTB:AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 9, 2023

<u>By Hand and ECF</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:   United States v. Kara Sternquist
> <u>Criminal Docket No. 22-473 (DLI)</u>

Dear Judge Irizarry:

At the Court's direction, the parties in the above-referenced case write jointly and respectfully to advise the Court that the parties are prepared to proceed with the status conference currently scheduled to take place on June 16, 2023 at 12:30 p.m.  At that time, the parties expect to address the defendant's recent motion for bond filed on June 5, 2023. Additionally, in response to the defendant's letter regarding her conditions of confinement (ECF No. 71), the government also writes to advise the Court that the U.S. Marshal Service restored the defendant's visitation privileges and regular use of utensils on June 1, 2023 in accordance with their anticipated timeline.  (ECF No. 72).  Thank you for the Court's attention to this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:      /s/ Andy Palacio
Andy Palacio
F. Turner Buford
Assistant U.S. Attorneys
(718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and E-mail)