**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 16, 2023

Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Judge Irizarry:

     I learned today that the United States Marshals' database still has Kara Sternquist's name listed as her old name Michael Sternquist and her gender marked incorrectly as male. After speaking to a representative from the Marshals' Service, I understand that they plan to fix this problem expeditiously. However, to do so, they requested an order regarding Ms. Sternquist's name and gender directed specifically to them. I have drafted such an order, which is attached here. The government consents to the Court entering the order.

     Therefore, I respectfully request that the Court sign the attached proposed order.

Sincerely,

\_\_\_\_\_/s/\_\_\_\_
Allegra Glashausser
Assistant Federal Defender

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES

    v.

KARA STERNQUIST

**ORDER**

22-cr-473

-------------------------------------------------------x

United States District Judge Dora L. Irizarry:

The U.S. Marshals' database has Kara Sternquist, Register Number 44404-061, listed as "Michael Sternquist" with a male gender marker.

IT IS ORDERED that the name and gender for Kara Sternquist, Register Number 44404-061, be corrected to her legal name, which is Kara Sternquist, and her legal gender, which is female.

SO ORDERED, this __ day of ____, 2023.

                                                Honorable Dora L. Irizarry
                                                United States District Judge
                                                Eastern District of New York