UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

KARA STERNQUIST,

    Defendant.
------------------------------------------------------x

ORDER
DOCKET NO. 22-cv-473
BOP REGISTRY NO. 44404-061

**DORA L. IRIZARRY, United States District Judge:**

Defendant Kara Sternquist, Registry No. 44404-061, is listed in the United States Marshal Service's database as "Michael Sternquist" with a male gender marker. It is hereby

**ORDERED** that the name and gender for Kara Sternquist, Registry No. 44404-061, be corrected in the United States Marshal Service's database to state her legal name, which is Kara Sternquist, and state her legal gender, which is female.

SO ORDERED.

DATED: Brooklyn, New York
          June 16, 2023

                                            _/s/ Dora L. Irizarry_
                                            DORA L. IRIZARRY
                                           United States District Judge