

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FTB:AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 10, 2023

<u>By Hand and ECF</u>

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    United States v. Kara Sternquist
              <u>Criminal Docket No. 22-473 (DLI)</u>

Dear Judge Irizarry:

      At the Court's direction, the parties in the above-referenced case write jointly and respectfully to request that the in-person status conference in the above-captioned matter, currently scheduled for October 16, 2023, be adjourned for 30 days to permit the parties to continue active plea negotiations to resolve this matter short of trial.  Specifically, the parties believe the additional time is necessary to permit the  government to vet and consider a counter proposal by defense counsel to the government's original plea offer.

      The government has conferred with defense counsel who consents to the exclusion of time.  <u>See</u> 18 U.S.C. § 3161(h)(7).

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Andy Palacio
      Andy Palacio
      F. Turner Buford
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Allegra Glashausser, Esq. (by ECF and E-mail)