

U.S. Department of Justice

United States Attorney
Eastern District of New York

FTB:AP
F. #2022R00795

271 Cadman Plaza East
Brooklyn, New York 11201

November 9, 2023

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: United States v. Kara Sternquist
Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

At the Court's direction, the parties in the above-referenced case write jointly and respectfully to advise the Court that the parties are prepared to proceed with the status conference currently scheduled to take place on November 17, 2023 at 11:00 a.m.  The parties are actively engaged in plea negotiations and expect to have a meaningful update for the Court by the scheduled status conference date.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Andy Palacio
Andy Palacio
F. Turner Buford
Assistant U.S. Attorneys
(718) 254-7000

cc: Allegra Glashausser, Esq. (by ECF and E-mail)