**Federal Defenders**
OF NEW YORK, INC.

*Eastern District*
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Interim Attorney-in-Charge*

April 2, 2024

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kara Sternquist*, 22-cr-473

Dear Judge Irizarry:

  The EDNY probation office disclosed Ms. Sternquist's presentence report to counsel on March 29. This report states that it includes information copied from previous presentence reports from federal probation offices in New Jersey and Ohio. I asked probation for copies of these previous presentence reports, so I can assess the accuracy of the new report, but was told I needed a court order first. I am, therefore, writing to respectfully request that the Court grant permission for probation to provide me and Ms. Sternquist copies of her Ohio and NJ presentence reports. These reports were filed under her old name, Michael Sternquist.

  Thank you.

Respectfully Submitted,

_____/s/_____
Allegra Glashausser
Assistant Federal Defenders