

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES/DCP:FTB/AP
F. #2022R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 28, 2024

By ECF and Hand Delivery

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Kara Sternquist
      Criminal Docket No. 22-473 (DLI)

Dear Judge Irizarry:

The government respectfully submits this letter to inform the Court that it learned earlier this afternoon from the Bureau of Prisons ("BOP") that the nursing home where the defendant has been receiving treatment in custody (the "Nursing Home"), has ordered BOP to remove all inmates from its facility by 6:00 p.m. today. The government has been informed by the BOP that this order is a result of a complaint filed against the Nursing Home with the New York State Department of Health ("NYSDOH"), as the result of which a compliance inspection was conducted by NYSDOH and the Centers for Medicare & Medicaid Services ("CMS"). As a result of the that inspection, it was determined that the Nursing Home was not in compliance with CMS regulations and guidance concerning residents' rights with respect to the Federal inmates who are residents there. As a result, the Nursing Home is subject to civil monetary penalties and, potentially, removal from the Medicare and Medicaid programs. Given the very narrow time frame that the Nursing Home provided to the BOP, the only available housing in the short term may be the Metropolitan Detention Center.

The government is working with the BOP to gather information and to rectify the issue, including ensuring that suitable alternate options are available in the short term. The government will provide a further update to the Court when it is available. The undersigned Assistant United States Attorneys have reminded BOP Legal of the order issued previously in

this case that, if the defendant is returned to the Metropolitan Detention Center, she be housed in the "women's section of the [Metropolitan Detention Center]."

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ F. Turner Buford
F. Turner Buford
Andy Palacio
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (DLI) (by ECF and Hand Delivery)
     Allegra Glashausser, Counsel for the Defendant (by ECF)